IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| ROSA PINEDA : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | No. RWT 04 CV 2647 |
| : | |
| MEDICAL SERVICES OF : | |
| CHATTANOOGA, INC. d/b/a : | |
| MEDICAL SERVICES : | |
| : | |
| Defendant | |

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT

Defendant, Medical Services of Chattanooga, Inc. d/b/a Medical Services, by and through his attorneys, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves the Court to dismiss this case upon the grounds that plaintiff has failed to state a claim upon which relief can be granted. Alternatively, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant moves this Court for the entry of an order granting Defendant summary judgment.

As grounds for this motion, Defendant avers that it is not a "debt collector" under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. In support of this motion, the defendant refers to the Health Care Billing Agreement between the defendant and Shady Grove Adventist Hospital (Exhibit 1 hereto), the Statement of Account sent to the Plaintiff by the Defendant (Exhibit 2 hereto), the standard Financial Agreement of Shady Grove Adventist Hospital given to all its patients (Exhibit 3 hereto), and the attached affidavit of Dallas Bunton incorporated herein, and the entire record in this case. A supporting memorandum is submitted herewith.

                      Respectfully submitted,

                      */s/ Anthony P. Ashton*

                      Anthony P. Ashton (Federal Bar # 25220)
                      Piper Rudnick LLP
                      6225 Smith Avenue
                      Baltimore, Maryland 21209
                      (410) 580-4106

Of Counsel:

J. Scott McDearman
Grant, Konvalinka & Harrison, P.C.
633 Chestnut Street, Suite 900
Chattanooga, Tennessee 37450-0900
(423) 756-8400

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2004 a copy of the Motion to Dismiss for Failure to State a Claim, or Alternatively, for Summary Judgment, Memorandum in Support thereof, and proposed Orders was been mailed first class, postage prepaid, to:

>Benjamin A. Klopman
>216 North Adams Street
>Rockville, Maryland 20850
>(301) 424-0677
>
>Attorney for the Plaintiff

_____
Anthony P. Ashton