# EXHIBIT 1

# MEDICAL SERVICES, INC.

### Health Care Billing Agreement

MADE THIS _2_ day of _July_, 2001 by and between MEDICAL SERVICES, INC., INC.(a Tennessee Corporation), and ADVENTIST HEALTHCARE, (hereinafter "Client").

WHEREAS, MEDICAL SERVICES, INC. provides services to physicians, hospitals, and medical groups, designed to effectuate the filing, follow-up, review, and or audit of medical insurance claims with governmental authorities, managed care, and other commercial insurers through electronic, and manual means, and also offer direct billing services, and follow-up communication to the patient;

WHEREAS, Client desires to engage MEDICAL SERVICES, INC. to provide Claims Processing and/or Billing Services as set forth herein.

NOW, THEREFORE, IN CONSIDERATION OF the foregoing recitals, incorporated herein by reference, and in consideration of the mutual promises herein contained, MEDICAL SERVICES, INC. AND Client hereby agree as follows:

**MEDICAL SERVICES, INC.'S Responsibilities:**

A. **Claims Processing.** Client hereby engages MEDICAL SERVICES, INC. to review, audit and take the necessary steps to file, re-file, communicate with the insurance carrier, and hospital staff to settle outstanding balances placed either as an original placement, or an on going service.

B. **Billing Services.** Client hereby engages MEDICAL SERVICES, INC. to direct bill patients for services rendered by Client. This will include three statement/letters, and monthly statements where payment plans are set up.

2. **Client's Responsibilities:**

A. Client will provide all available patient/guarantor information to allow MEDICAL SERVICES, INC. to audit, and attempt collection on all balances forwarded to MEDICAL SERVICES, INC.

3. **Client's Payment for MEDICAL SERVICES, INC. Services:**

A. There is no start-up fee charged in this agreement. We will install at no cost, a frame relay line through Quest from Chattanooga, Tennessee, to the "IS" department of Adventist Health Care, or this will include the routers, and

monthly fees. The Adventist Healthcare installation of the routers. The Adventist Healthcare "IS" department will assist in the set up and installation of the routers. This will provide the compliance and security required by the hospital net work.

    B.    **Continuing Charges:**

Client agrees to pay MEDICAL SERVICES, INC. a fee of ten percent (10%) on collected amounts only the initial placement of accounts. Accounts sent to MEDICAL SERVICES, INC. as an on going relationship will be charged 8.5% of all recoveries.

4.    **Relationship of the Parties:**

MEDICAL SERVICES, INC. and its employees and contractors shall at all times be independent contractors and not employees of Client. MEDICAL SERVICES, INC. shall not have any authority to compromise claims or otherwise to bind Client except as expressly authorized by client; and Client shall have no authority to bind MEDICAL SERVICES, INC.

5.    **Termination of Agreement:**

Either party may terminate this Agreement at any time, with or without cause, by giving one hundred twenty (120) days written notice of termination to the other party. Payments due or to become due up to and through the date of termination shall remain due and owing despite such termination.

6.    **Confidentiality and Non-Disclosure:**

    A.    MEDICAL SERVICES, INC. agrees and covenants to keep all information concerning Client and its patients, including personal and financial information, strictly confidential; and MEDICAL SERVICES, INC. agrees that it will not disclose any such information to any person or third party, except as may be reasonably necessary to file and process claims and/or patient billing.

    B.    Client agrees and covenants to keep all information concerning MEDICAL SERVICES, INC. and its Claims Processing and Billing Services strictly confidential, and agrees that it will not disclose such information to any person or third party, all of which constitute proprietary trade secrets of MEDICAL SERVICES, INC. Client further agrees that it will not use such information for its own benefit or that of any other person or third party, and that Client shall not compete with MEDICAL SERVICES, INC. in any manner, directly or indirectly, in the business of Claims Processing and/or Billing Services as presently or hereafter carried on by MEDICAL SERVICES, INC.

The foregoing provisions regarding confidentiality shall survive the termination of the Agreement. Furthermore, the foregoing provisions constitute independent covenants and shall not be discharged by any breach or default of the party seeking their enforcement.

7. **MEDICAL SERVICES, INC.'S Warranty; Limited Remedy of Client:**

   A. MEDICAL SERVICES, INC. warrants that it shall file and process medical insurance claims and/or shall bill patients on behalf of Client in a good and workmanlike manner. MEDICAL SERVICES, INC. EXPRESSLY DISCLAIMS ANY AND ALL OTHER WARRANTIES WHETHER ORAL OR WRITTEN, EXPRESS OR IMPLIED, AND INCLUDING BUT NOT LIMITED TO ANY WARRANTY THAT ITS SERVICES AS MERCHANTABLE OR FIT FOR A PARTICULAR PURPOSE. Without in any way limiting the generality of the foregoing disclaimer or warranties, MEDICAL SERVICES INC. makes no warranty or representation whatsoever as to when or if any particular insurance claim will be honored/paid by the insurer.

   B. In the event MEDICAL SERVICES, INC. shall fail to perform its services in a good and workmanlike manner, or shall otherwise perform in a negligent or other nonconforming manner, MEDICAL SERVICES, INC. agrees to either resubmit the claim or claims in question at no cost to Client, or to refund all monies paid by Client with respect to such non-conforming services, as MEDICAL SERVICES, INC. may in its sole discretion elect. CLIENT AGREES THAT ITS SOLE AND EXCLUSIVE REMEDY HEREUNDER SHALL BE LIMITED TO RESUBMISSION OR REFUND AS SET FORTH HEREIN.

   C. In no event shall MEDICAL SERVICES, INC. be liable for damages or breach Due to Acts of God, natural disasters or other matters beyond the reasonable control of MEDICAL SERVICES, INC.

   D. IN NO EVENT SHALL MEDICAL SERVICES, INC. BE LIABLE FOR ANY DAMAGES WHATSOEVER, WHETHER DIRECT, INDIRECT, CONSEQUENIAL, INCIDENTAL, PUNITIVE OR EXEMPLARY OR OTHER SUCH DAMAGES, ABOVE AND BEYOND THE REFUND OF FEES SET FORTH ABOVE; AND ALL SUCH DAMAGES ARE HEREBY EXPRESSLY DISCLAIMED, AND WAIVED BY CLIENT.

The foregoing provisions regarding disclaimers of warranty and limitations upon liability shall survive the termination of this Agreement. Furthermore, the foregoing provisions constitute independent covenants and shall not be discharged by any breach of default of the party seeking their enforcement.

8. **Miscellaneous Provisions:**

   Use of the plural shall include the singular and vice-versa.

   Headings set forth in this Agreement are intended for convenience only.

3

Notice hereunder shall be effective if sent by first class mail, postage paid, to the addresses that follow:

| | |
|---|---|
| **ADVENTIST HEALTHCARE**<br>6930 CARROLL AVENUE, SUITE 300<br>TAKOMA PARK, MD 20912 | **MEDICALSERVICES, INC.**<br>P.O. BOX 22266<br>CHATTANOOGA, TN 37422 |

This Contract may only be amended by a writing signed by both parties. No waiver of any provision or breach of the Contract shall be effective unless in writing, and any such waiver shall be effective only in the instance given.

This Contract contains the entire agreement of the parties.

This Contract shall benefit and bind the parties and their respective heirs, administrators, executors, successors, and assigns.

The invalidity or unenforceability of any particular provision(s) of this Agreement shall not affect the enforceability of or invalidate the other provisions hereof.

Maryland law shall govern this Contract.

**IN WITNESS WHEREOF**, the parties have executed the Health Care Billing Agreement as of the day and year first set forth above.

**WITNESS/ATTEST:**                          **MEDICAL SERVICES, INC.**

_____                  By: _[signature]_____
                                             Its: _CEO_____


**WITNESS/ATTEST:**

_____                  By: _____
                                             Its: _____

4