IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| ROSA PINEDA | : |
|    Plaintiff | : |
| v. | :   Case Number RWT-04-CV2647 |
| MEDICAL SERVICES OF | : |
|  CHATTANOOGA, INC., d/b/a | : |
|  MEDICAL SERVICES | : |
|    Defendant | : |

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUE OF DEFENDANT'S STATUS AS A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT

Rosa Pineda, plaintiff, by her attorney Benjamin A. Klopman, opposes defendant's motion to dismiss for failure to state a claim, or alternatively, for summary judgment and additionally moves herein for partial summary judgment on the issue of defendant's status as a "debt collector" under the Fair Debt Collection Practices Act and states the following in support thereof.

    1.  Plaintiff's complaint states a valid claim under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter sometimes the "Act").

    2.  As a matter of law, the Court should find herein that defendant acted as a "debt collector" under the Act.

    3.   Accordingly, defendant is not entitled to dismissal of the complaint or summary judgment.

    4.   Filed herewith is a memorandum of points and authorities in support of plaintiff's opposition to defendant's motion and in support of plaintiff's cross-motion for partial summary judgment on the issue of defendant's status as a "debt collector" under the Act, as well as the affidavit of plaintiff.

    WHEREFORE, for the reasons stated above and in plaintiff's supporting memorandum, defendant's motion should be denied and the Court should grant plaintiff's cross-motion for partial summary judgment and issue an order that adjudges the defendant to be a "debt collector" under the Act.

                             BENJAMIN A. KLOPMAN, CHARTERED

                             By:          /s/
                                  Benjamin A. Klopman, #01555

                           216 North Adams Street
                           Rockville, Maryland  20850
                           301-424-0677

                           Attorney for Plaintiff
                            Rosa Pineda

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 28th day of October, 2004, a copy of the foregoing was mailed, postage pre-paid, to:

    Anthony P. Ashton, Esquire
    Piper Rudnick
    6225 Smith Avenue
    Baltimore, Maryland  21209-3600

    James Scott McDearman, Esquire
    Grant, Konvalinka and
     Harrison, P.C.
    633 Chestnut Street, Suite 900
    Chattanooga, Tennessee  37450-0900

                                   _____/s/_____
                                   Benjamin A. Klopman, #01555