# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ROSA PINEDA,** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Civil Case No. **RWT 04-2647** |
| | * | |
| **MEDICAL SERVICES OF** | * | |
| **CHATTANOOGA, INC.,** | * | |
| | * | |
| Defendant | * | |

## **ORDER**

Upon consideration of the Defendant's Motion to Dismiss for Failure to State a Claim or, Alternatively, for Summary Judgment [Paper No. 7], Plaintiff's Cross-Motion for Partial Summary Judgment on Issue of Defendant's Status as a "Debt Collector" under the Fair Debt Collection Practices Act [Paper No. 13], the oppositions thereto, the arguments presented by counsel at a hearing held before the undersigned on December 15th, 2004, and for the reasons stated on the record, it is this 15th day of December, 2004, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion to Dismiss for Failure to State a Claim or, Alternatively, for Summary Judgment [Paper No. 7] is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Cross-Motion for Partial Summary Judgment on Issue of Defendant's Status as a "Debt Collector" under the Fair Debt Collection Practices Act [Paper No. 13] and it is further

**ORDERED,** that **JUDGMENT** for costs be entered in favor of the Defendant Medical Services of Chattanooga, Inc.; and it is further

**ORDERED**, that the Clerk is directed to CLOSE THE CASE.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE